partment. June 12, 1907.) Action by Martin D. Rockwood, as, etc., against the New York Contracting Company and another. No opinion. Order reversed, with $10 costs and disbursements, and motion granted, without costs, changing the venue to New York county, upon condition that the appellant stipulate that the action be given the peremptory preference provided by section 793 of the Code of Civil Procedure.

RODGERS et al. v. CITY OF NEW YORK, (Supreme Court, Appellate Division, First Department. May 31, 1907.) Action by John C. Rodgers and others against the mayor of the city of New York. No opinion. Motion to dismiss appeal granted, with $10 costs. Order filed.

RODGERS, Appellant, v. CITY OF NEW YORK, Respondent. (Supreme Court, Appellate Division, First Department. June 28, 1907.) Action by John C. Rodgers, Jr., against the city of New York. L. L. Kellogg, for appellant. T. Connoly, for respondent. No opinion. Judgment and order affirmed, with costs. Order filed. See 100 N. Y. Supp. 745.

ROSEN, Respondent, v. HIRSHHORN, Appellant. (Supreme Court, Appellate Division, Second Department. July 23, 1907.) Action by Samuel Rosen against Joe Hirshhorn. No opinion. Judgment and order unanimously affirmed, with costs.

ROSENBERG et al., Appellants, v. ELKIN, Respondent. (Supreme Court, Appellate Division, Second Department. June 7, 1907.) Action by Samuel Rosenberg and another against Joseph Elkin.

PER CURIAM. Judgment of the Municipal Court reversed, and new trial ordered, costs to abide the event, on the ground that the plaintiffs got purchasers, and a contract was signed. That the parties arranged to meet and make a more formal written contract did not alter the rights of the plaintiffs.

ROSENBERG, Respondent, v. ROGOFF, Appellant. (Supreme Court, Appellate Division, Second Department. June 7, 1907.) Action by Herman Rosenberg against Morris Rogoff. No opinion. Judgment and order affirmed, with costs.

ROSENWALD v. BARON. (Supreme Court, Appellate Division, First Department. May 31, 1907.) Action by Sigmund Rosenwald against Bernhard Baron. No opinion. Motion to dismiss appeal granted, with $10 costs. Order filed.

ROUSE, Respondent, v. PAYNE, Appellant, et al. (Supreme Court, Appellate Division, Third Department. Sept. 11, 1907.) Action by William M. Rouse against Daniel F. Payne,

impleaded with others. No opinion. Motion denied. See 105 N. Y. Supp. 549.

ROWAN, Appellant, v. INTERURBAN ST. RY. CO., Respondent. (Supreme Court, Appellate Division, First Department. June 21, 1907.) Action by Luke Rowan against the Interurban Street Railway Company. M. J. O'Brien, for appellant. B. H. Ames, for respondent. No opinion. Judgment and order affirmed, with costs. Order filed.

RUCKERT, Respondent, v. CITY OF NEW YORK, Appellant. (Supreme Court, Appellate Division, Second Department. July 9, 1907.) Action by Rose Ruckert, administratrix, etc., of Jacob Ruckert, deceased, against the city of New York.

PER CURIAM. Judgment and order affirmed, with costs.

JENKS, J., dissents.

RUGER et al., Respondents, v. FEELY, Appellant. (Supreme Court, Appellate Division, Second Department. June 7, 1907.) Action by Adolph Ruger and another against Matthew M. Feely. No opinion. Judgment of the Municipal Court unanimously affirmed, with costs.

RUTHENBERG, Respondent, v. COLLINS et al., Appellants. (Supreme Court, Appellate Division, Fourth Department. July 9, 1907.) Action by August W. L. Ruthenberg against Newton M. Collins and another. No opinion. Interlocutory judgment affirmed, with costs, with leave to the defendants to plead over upon payment of the costs of the demurrer and of this appeal.

RUTZLER, Respondent, v. GEORGE A. FULLER CO., Appellant. (Supreme Court, Appellate Division, Second Department. June 21, 1907.) Action by Enoch Rutzler against the George A. Fuller Company. No opinion. Judgment affirmed, with costs.

SACKETT & WILHELMS LITHOGRAPHING & PRINTING CO. et al., Respondents, v. NATIONAL ASS'N OF EMPLOYING LITHOGRAPHERS et al., Appellants. (Supreme Court, Appellate Division, First Department. June 28, 1907.) Action by the Sackett & Wilhelms Lithographing & Printing Company and another against the National Association of Employing Lithographers and others. P. D. Oviatt, for appellants. J. A. Hodge, for respondents. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

SALOMON, Respondent, v. SPERB, Appellant. (Supreme Court, Appellate Division, First Department. June 7, 1907.) Action by Walter J. Salomon against William Sperb, Jr. C. N. Bovee, for appellant. W. A. Hoar, for respondent. No opinion. Judgment affirmed, with costs. Order filed.

In re SANDROCK'S ESTATE. (Supreme Court, Appellate Division, Fourth Department. June 12, 1907.) In the matter of the estate of